EMILIE S. DE HIERAPOLIS, Appellant, *v.* JOHN B. REILLY, JR.,
et al., Respondents.

RICHARD E. CARPENTER, Appellant.

*de Hierapolis* v. *Reilly,* 44 App. Div. 22, affirmed.
(Submitted June 3, 1901; decided July 10, 1901.)

APPEAL, by permission, from a judgment of the Appellate
Division of the Supreme Court in the first judicial department,
entered January 17, 1900, affirming a judgment in favor of
defendants Reilly et al., entered upon a dismissal of the com-
plaint by the court on trial at Special Term.

The following is the question certified :

The defendant Reilly being entitled to receive, on attaining
the age of twenty-one years, a sum on deposit in the Kings
County Trust Company, amounting to about five thousand
dollars, in April, 1895, he being then under the age of twenty-
one years, verbally asked the defendant Bessie Larkin to
marry him at a future time. The defendant Bessie Larkin
verbally promised and agreed to do so on condition that he
would make to her a valid transfer of the said fund on deposit
in the Kings County Trust Company. To this Reilly verbally
agreed and a contract to marry was entered into between
them. On the day that the defendant Reilly became of age,
to wit, on April 2d, 1898, he assigned to the defendant Bessie
Larkin the fund above mentioned for the purpose of carrying
out his said agreement. At the time of the trial the marriage
had not yet taken place, but the contract therefor was still in
existence and in full force and effect, and the defendant Lar-
kin was ready and willing to carry out the same.

Between April, 1895, when the said agreement to marry was entered into, and April, 1898, when the assignment of the fund was actually made, the defendant Reilly, who was still under the age of twenty-one years, had incurred obligations to the plaintiff and the defendant Carpenter, and which the said Reilly had no means to pay except from the said fund in said trust company. The defendant Larkin had no knowledge of the defendant Reilly's indebtedness at the time she received and accepted the assignment of said fund.

Under these circumstances, did the defendant Larkin, by the said assignment, acquire a valid title to said fund as against said creditors, they having subsequent to said assignment obtained judgments against Reilly upon their said claims.

*Nelson Smith* and *Peter B. Vermilya* for appellants.

*Hugo Hirsh*, *W. C. B. Thornton* and *George V. Brower* for respondents.

Judgment affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: PARKER, Ch. J., BARTLETT, HAIGHT, VANN, LANDON, CULLEN and WERNER, JJ.